UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

WILLIAM O'NEAL MCDOUGALD
        Petitioner
    v.                            **Judgment in a Civil Case**
ALVIN W. KELLER
        Respondent           Case Number: 5:09-HC-2134-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for consideration of the respondent's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on February 15, 2011, with service on:
William O'Neal McDougald 0268120, Tabor Correctional Institution, P.O. Box 730, Tabor City, NC 28463 (via U.S. Mail)
Mary Carla Hollis (via CM/ECF Notice of Electronic Filing)

February 15, 2011                          /s/ Dennis P. Iavarone
                                                    Clerk

Raleigh, North Carolina